AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of **Massachusetts**

**BRENT A. ARBOGAST**

V.

**WYETH**

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**06-10333 PBS**

TO: (Name and address of Defendant) **WYETH**
**5 GIRALDA FARMS**
**MADISON, NJ 07940**
**c/o Registered Agent**
**Corporation Service Company**
**84 State Street**
**Boston, MA 02109**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael J. Lambert, Esquire
SHEEHAN PHINNEY BASS + GREEN, P.A.
1000 Elm Street, PO Box 3701
Manchester, NH 03105

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

SARAH A. THORNTON
CLERK

FEB 2 3 2006
DATE

Pat Russo
(By) DEPUTY CLERK

Deputy Sheriff

Deputy Sheriff John Cotter

Attest/Copies ($5.00) Total Charges $42.00

Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00),

Company, 84 State Street, Boston, MA. U.S. District Court Fee ($5.00), Basic

agent and person in charge at the time of service for Wyeth,c/o Corporation Service

following manner: To wit, by delivering in hand to Jay Boulanger,Process Clerk,

attested copy of the Summons, Complaint and Cover Sheet in this action in the

I hereby certify and return that on 3/10/2006 at 4:05PM I served a true and

March 14, 2006 Suffolk, ss.

**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____________________ ________________________________
Date *Signature of Server*

________________________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.