UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BRENT A. ARBOGAST, Plaintiff, | ) | |
| v. | ) | Docket No. 06-10333-PBS |
| WYETH, Defendant. | ) | |

**NOTICE OF APPEARANCE**

Please take notice that Michael A. Fitzhugh, of the law firm Fitzhugh, Parker & Alvaro LLP, hereby enters his appearance on behalf of the defendant, Wyeth, Inc. in the above captioned matter.

WYETH,
By Its Attorneys,

*/s/ Michael A. Fitzhugh*

Michael A. Fitzhugh, BBO # 169700
Sonia L. Skinner, BBO# 631858
Fitzhugh, Parker & Alvaro LLP
155 Federal Street, Suite 1700
Boston, MA 02110
(617) 695-2330

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the above document using the Court's Case Management/Electronic Case Filing System and have served the above document upon all counsel of record pursuant to the Administrative Procedures Governing the Filing and Service by Electronic Means on March 23rd , 2006.

*/s/ Michael A. Fitzhugh*