UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRENT A. ARBOGAST, Plaintiff, v. WYETH, Defendant. | Docket No. 06-10333-PBS |

**STIPULATION EXTENDING TIME FOR THE DEFENDANT TO FILE A RESPONSIVE PLEADING**

The parties to this action hereby stipulate and agree that defendant, Wyeth, Inc. shall have up to and including April 18, 2006 in which to file an answer or otherwise defend against the Complaint filed by plaintiff, Brent A. Arbogast.

BRENT A. ARBOGAST,
By His Attorney,

*/s/Michael J. Lambert*
Michael J. Lambert, BBO# 632053
Sheehan, Phinney, Bass & Green, P.A.
1000 Elm Street
Manchester, NH 03105
(603) 668-0300

WYETH,
By Its Attorneys,

*/s/ Michael A. Fitzhugh*
Michael A. Fitzhugh, BBO# 169700
Sonia L. Skinner, BBO# 631858
Fitzhugh, Parker & Alvaro LLP
155 Federal Street, Suite 1700
Boston, MA 02110
(617) 695-2330

Dated: 3/23/06

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the above document using the Court's Case Management/Electronic Case Filing System and have served the above document upon all counsel of record pursuant to the Administrative Procedures Governing the Filing and Service by Electronic Means on March 23rd , 2006.

*/s/ Michael A. Fitzhugh*