UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRENT ARBOGAST,       ) | |
| ) | |
| Plaintiff,       ) | |
| ) | |
| v.       ) | CIVIL ACTION NO. 06-10333 PBS |
| ) | |
| WYETH,       ) | |
| ) | |
| Defendant.       ) | |

## DEFENDANT'S CERTIFICATION OF CONFERENCE
## PURSUANT TO LOCAL RULE 16.1(d)(3)

Defendant Wyeth and its counsel, Michael A. Fitzhugh, of Fitzhugh, Parker &

Alvaro, LLP hereby certify that they have conferred regarding establishing a budget for

the defense of this matter, and regarding the use of alternative dispute resolution in

accordance with Local Rule 16.1(d)(3) of the United States District Court for the District

of Massachusetts.

WYETH                                                FITZHUGH, PARKER & ALVARO, LLP

_____          _____

Kenneth M. O'Brien, Esq.                    Michael A. Fitzhugh, Esq.
Division Counsel, Labor & Employment      BBO 169700
Wyeth                                          FITZHUGH, PARKER & ALVARO LLP
P.O. Box 8299                                 155 Federal Street, Suite 1700
Philadelphia, PA 19101                    Boston, MA 02110

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 5, 2006.

_/s/ Michael A. Fitzhugh___
Michael A. Fitzhugh