UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
MASSACHUSETTS

| | |
|---|---|
| BRENT ANDREW BRACKETT ARBOGAST,<br>Plaintiff,<br>vs.<br>WYETH<br>Defendants | Case No.: 1:06-CV-10333-PBS<br><br>MOTION FOR RELIEF FROM PROCEEDING, AMEND COMPLAINT, REMAND, ENTRY OF APPEALABLE ORDER AND EVIDENTIARY HEARING |

**MOTION FOR RELIEF FROM PRIOR DENIAL ORDERS AND THE 2007 PROCEEDING; ALTERNATIVE REQUEST FOR LEAVE TO AMEND AND REMAND; REQUEST FOR EVIDENTIARY HEARING AND APPEALABLE ORDER ON STIPULATION VALIDITY**

**TO: All Parties and Counsel of Record**

PLEASE TAKE NOTICE that today, February 28, 2026, Plaintiff Brent Andrew Brackett Arbogast, pro se, moves this Court for:

1. Grant relief from the June 2, 2022 denial order (Dkt. 23) and all subsequent denial orders (Dkts. 29, 36, 39);

2. Declare the January 22, 2007 proceeding and Dkt. 16 a nullity and vacate them;

3. Enter a conclusive, appealable order under Rule 58 (or certify under § 1292(b) or Rule 54(b)) determining whether the defective stipulation is a valid judgment on the merits;

4. In the alternative, grant leave to amend the complaint [Exhibit 14] to drop federal claims and remand to state court pursuant to *Royal Canin*;

5. Schedule an evidentiary hearing on the circumstances surrounding the filing of Dkt. 16 and the concealment of documents;

6. Grant such other and further relief as the Court deems just, including referral to the U.S. Attorney for investigation of fraud on the court if warranted, and award Plaintiff costs, fees, and any other relief the Court deems equitable to remedy the fraud on the court and its consequences.

This motion is supported by the attached Memorandum of Law, exhibits, and the entire record.

**Oral argument and an evidentiary hearing are requested.**

Respectfully submitted,

Brent A. Arbogast

X

Brent Arbogast

2/28/26

brentarbogast@gmail.com
15 Milk St
Nashua, NH 03064
(603)754-5616

Dated: February 28, 2026

## CERTIFICATE OF SERVICE

Plaintiff hereby certifies that on this 28th day of February 2026, paper copies of this document were mailed to Wyeth's attorneys, Stephen T. Paterniti and Michael A. Fitzhugh via First Class Mail USPS.

2/28/26