UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
MASSACHUSETTS

FILED
CLERKS OFFICE
2026 APR 13 PM 12: 09
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| BRENT ANDREW BRACKETT ARBOGAST,<br>Plaintiff-Appellant,<br><br>vs.<br><br>WYETH<br><br>Defendant-Appellee. | Case No.: 1:06-CV-10333-PBS<br><br>PLAINTIFF'S NOTICE OF APPEAL |

PLAINTIFF'S NOTICE OF APPEAL

NOTICE is hereby given pursuant to Fed. R. App. 4(a) that Plaintiff, Brent Andrew Brackett Arbogast, appeals to the United States Court of Appeals for the First Circuit from the Court's order dated March 26, 2026, denying Plaintiff's Motion for Relief from Prior Denial Orders and the 2007 Proceeding. Plaintiff also appeals all decisions, determinations, holdings, findings and conclusions, whether written or oral, that contributed to the Court's denial of relief and its continued treatment of the case as closed without the entry of a final judgment under Rule 58.

Respectfully Submitted by Appellant
Brent A. Arbogast, pro se

brentarbogast@gmail.com
Brent Arbogast
15 Milk St
Nashua, NH 03064
(603)754-5616

Dated: April 11, 2026

CERTIFICATE OF SERVICE

Plaintiff hereby certifies that on this 11th day of April 2026, paper copies of this document were mailed to Wyeth's attorneys, Stephen T. Paterniti and Michael A. Fitzhugh via First Class Mail USPS.

4/11/26